UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
*ELECTRONICALLY FILED*

| | |
|---|---|
| LARRY MEECE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:18-cv-00112-CHB |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA d/b/a CIGNA GROUP INSURANCE, ) | |
| ) | |
| Defendant. ) | |

**JOINT NOTICE OF SETTLEMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Larry Meece and Defendant, Life Insurance Company of North America d/b/a Cigna Group Insurance (collectively "the Parties"), by and through their respective counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties reached a settlement in principle in this matter. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit a Joint Stipulation of Dismissal.

Respectfully submitted:

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
M. AUSTIN MEHR
Email: amehr@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

*/s/ Mitzi D. Wyrick* (with permission)
Mitzi D. Wyrick
Email: mitziwyrick@wyattfirm.com
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
Telephone: (502) 589-5235
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 27, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **David A. Calhoun**
  dcalhoun@wyattfirm.com,sneely@wyattfirm.com
- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, pgf@austinmehr.com,shall@austinmehr.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, shall@austinmehr.com,
- **Mitzi Denise Wyrick**
  mitziwyrick@wyattfirm.com,lmattingly@wyattfirm.com

**Manual Notice List**

- No manual recipients

                   */s/ Elizabeth A. Thornsbury*
                   ELIZABETH A. THORNSBURY