UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| LARRY MEECE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:18-CV-112-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITH** |
| LIFE INSURANCE COMPANY OF | ) | **PREJUDICE** |
| NORTH AMERICA d/b/a CIGNA | ) | |
| GROUP INSURANCE, | ) | |
| | ) | |
| Defendant. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order of Dismissal [R. 19] of each

of plaintiff's claims in this matter, signed by all parties who have appeared pursuant to Fed. R.

Civ. P 41(a)(1)(A)(ii).  Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.      This matter is **DISMISSED WITH PREJUDICE**, all dates and deadlines are

hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each

party to bear its own costs and fees.

This the 17th day of May, 2019.

_Claria Horn Boom_
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY